MABEL HOLMES WRIGHT, Plaintiff Appellant, v. IOWA SOUTHERN UTILITIES COMPANY, Defendant Appellee.

No. 45528.

JUNE 17, 1941.

A. M. Miller, Havner, Flick & Powers, and Margaret I. Cunningham, for appellant.

Cross & Hamill and Valentine & Valentine, for appellee.

GARFIELD, J.—This case is a companion case to S. S. Wright v. Iowa Southern Utilities Company, 230 Iowa 838, 298 N. W. 790, decided at the present sitting. The issues are identical in all essential respects. For the reasons stated in the S. S. Wright case, this cause is likewise reversed.—Reversed.

CHIEF JUSTICE and all JUSTICES concur.